# EXHIBIT D

**From: David** davidgoggins2@hotmail.com
**Subject:** Re: RUNNING WITH GOD clean version February 15, 2015
**Date:** February 15, 2015 at 12:25 PM America/Los_Angeles
**To:** Paul Castro scribevibe@gmail.com



Will work on it once I'm done with class.

Sent from my HTC

----- Reply message -----
From: "Paul Castro" <scribevibe@gmail.com>
To: "David Goggins" <davidgoggins2@hotmail.com>
Subject: RUNNING WITH GOD clean version February 15, 2015
Date: Sun, Feb 15, 2015 9:09 AM

Hi David,

Busy weekend with Cherokee Rose. This kid has more energy than a category five twister. I never knew love could be so profound and... flat out hard!

Shifting gears....

Okay. This is a super clean draft that I think rocks on all fronts. Please let me know if you want anything tweaked or tuned. Your story is truly inspirational and I think we captured it here.

Also, as our producer Lauren Selig will be asking for this, could you send me an email today that reads,



"Let this serve as a legal document confirming that writer-director Paul Castro is the only person that I grant the right to write, direct, produce, and set up the feature film version of my life story and the book version of my life as well. This includes the portrayal of Jackie Goggins, my mother and her life represented in my story. Any changes to the screenplay or the book must be first granted permission by me, David Goggins and Paul Castro in writing. A more detailed version of this document is to come, but let this serve to protect the partnership between me David Goggins and Paul Castro in bringing my life story to the world via feature film and/or book. Also, Paul Castro is the only person directing my movie! Thank you. Respectfully, David Goggins. February 15, 2015."

Thanks, David. As you know this movie is getting very real now and I will continue to work tirelessly to get your story out to the world!

Paul

Paul Castro
writer - director
310. 780. 8213

CASTRO00517

Exhibit 16