# EXHIBIT E

From: David davidgoggins2@hotmail.com
Subject: Re: David Goggins Award
Date: February 18, 2015 at 11:34 AM America/Los_Angeles
To: Paul Castro scribevibe@gmail.com

Paul,

Here is the letter you requested.

To Whom it May Concern,

Let this serve as a legal document confirming that writer-director Paul Castro is the only person that I grant the right to write and direct the feature film version of my life story and the book version as well. This includes the portrayal of Jackie Goggins Gardner, my mother and her life represented in my story. In my absence, I grant Jackie Goggins Gardner the authority to make any necessary decisions. Any changes to the screenplay or the book must be first granted permission by me, David Goggins in writing.

A more detailed version of this document is to come.

This letter serves as confirmation that Paul Castro is the only person I grant permission to bring my life story to the world via feature film and/or book. Also, Paul Castro is the only person directing my movie!

Thank you.

Respectfully,

David Goggins.  February 18, 2015

Sent from my iPad

On Feb 18, 2015, at 9:47 AM, "Paul Castro" <scribevibe@gmail.com> wrote:

> Call me to discuss
>
> Paul Castro
> writer - director
> 310. 780. 8213
>
>
>
>
>
> ---------- Forwarded message ----------
> From: **Tomasz C Glasso Group Inc** <tomc@glassogroup.com>
> Date: Wed, Feb 18, 2015 at 10:31 AM
> Subject: RE: David Goggins Award
> To: Paul Castro <scribevibe@gmail.com>
>
>
> Hi Paul
>
> Attached is a 2nd rendering with all the corrections we discussed. Peale let me know

CASTRO02063

Case 1:16-cv-00010-WO-JLW   Document 38-5   Filed 05/15/17   Page 2 of 3

Exhibit 17


what you think.

Tomasz Cop
Creative Director

Glasso Group Inc.
160 Shadywood Ln
Elk Grove Village, IL 60007
Direct: 847-410-1060
Main (Toll Free): 855-652-2161
http://glassogroup.com

---

From: scribevibe@gmail.com
Subject: Re: David Goggins Award
Date: Tue, 17 Feb 2015 20:10:16 -0500
To: tomc@glassogroup.com

Great!

Sent from Paul Castro's
iPhone

On Feb 17, 2015, at 8:03 PM, Tomasz C Glasso Group Inc <tomc@glassogroup.com> wrote:

> Perfect, thank you, as promised I will send the rendering ready in the morning.
>
> Tomasz Cop
> Creative Director
>
> Glasso Group Inc.
> 160 Shadywood Ln
> Elk Grove Village, IL 60007
> Direct: 847-410-1060
> Main (Toll Free): 855-652-2161
> http://glassogroup.com
>
> ---
>
> From: scribevibe@gmail.com
> Subject: Re: David Goggins Award
> Date: Tue, 17 Feb 2015 20:02:21 -0500
> To: tomc@glassogroup.com
>
> Yes, but the word "triathlon" should not be on it. All others YES!
>
> Sent from Paul Castro's
> iPhone

CASTRO02064