# EXHIBIT F

From: David davidgoggins2@hotmail.com
Subject: Re: David Goggins Award
Date: December 19, 2015 at 9:17 PM America/Los_Angeles
To: Paul Castro scribevibe@gmail.com
Cc: Marc Adelman MAdelman@execpg.com

Paul,

The purpose of this email is to confirm in writing that I have revoked any and all rights that may have been granted to you, Paul Castro, pursuant to the below e-mail correspondence. To be clear, you are NOT entitled, and do NOT have any right, to write or direct a feature film or book version of my life story.

You acknowledge that (1) there was never any consideration given by me or Jackie Goggins Gardner to you with respect to the e-mail below, (2) you never prepared or produced, nor did I execute, a more detailed version of any document reflecting any the contents of the below e-mail, (3) you never incurred any expenses or entered into any agreements in reliance on the e-mail below, (4) no such book or film regarding my life story exists in any way, shape or form, and (5) you are not entitled to any payments or other compensation relating to any future book or film based on my life story.

To reiterate, you and I have no existing relationship and will have no future relationship regarding a book or film related to my life story, and to the extent that we once did, we no longer do.

While it not necessary for you to confirm my revocation of the below e-mail and its contents, I appreciate if you would do so by reply e-mail as soon as possible.

Thank you.

Respectfully,
David Goggins
December 20, 2015


## SHOW NO WEAKNESS
## David Goggins

---

From: Paul Castro <scribevibe@gmail.com>
Sent: Wednesday, February 18, 2015 8:18 PM
To: David
Subject: Re: David Goggins Award

Thanks, David!

Sent from Paul Castro's
iPhone

On Feb 18, 2015, at 2:34 PM, David <davidgoggins2@hotmail.com> wrote:

> Paul,
>
> Here is the letter you requested.
>
> To Whom it May Concern,
>
> Let this serve as a legal document confirming that writer-director Paul Castro is the only person that I grant the right to write and direct the feature film version of my life story and the book version as well. This includes the portrayal of Jackie Goggins Gardner,

CASTRO02079



Case 1:16-cv-00010-WO-JLW   Document 38-6   Filed 05/15/17   Page 2 of 3

my mother and her life represented in my story. In my absence, I grant Jackie Goggins Gardner the authority to make any necessary decisions. Any changes to the screenplay or the book must be first granted permission by me, David Goggins in writing.

A more detailed version of this document is to come.

This letter serves as confirmation that Paul Castro is the only person I grant permission to bring my life story to the world via feature film and/or book. Also, Paul Castro is the only person directing my movie!

Thank you.

Respectfully,

David Goggins. February 18, 2015

Sent from my iPad

On Feb 18, 2015, at 9:47 AM, "Paul Castro" <scribevibe@gmail.com> wrote:

> Call me to discuss
>
> Paul Castro
> writer - director
> 310. 780. 8213

---------- Forwarded message ----------
From: **Tomasz C Glasso Group Inc** <tomc@glassogroup.com>
Date: Wed, Feb 18, 2015 at 10:31 AM
Subject: RE: David Goggins Award
To: Paul Castro <scribevibe@gmail.com>

Hi Paul

Attached is a 2nd rendering with all the corrections we discussed. Peale let me know what you think.

Tomasz Cop
Creative Director

Glasso Group Inc.
160 Shadywood Ln
Elk Grove Village, IL 60007
Direct: 847-410-1060
Main (Toll Free): 855-652-2161
http://glassogroup.com

CASTRO02080