This confirms that Paul Castro and David Goggins will partner on the feature film project about Paul Castro will be David Goggins' life story — Paul Castro the sole screenwriter. 10/15/2008

Paul Castro 10/15/2008

David Goggins 10/15/2008

PLAINTIFF'S EXHIBIT 1
CASTRO00574