IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| PAUL J. CASTRO,<br><br>   Plaintiff,<br><br>v.<br><br>DAVID GOGGINS,<br><br>   Defendant. | **Case No. 1:16-cv-10** |

**PLAINTIFF'S CERTIFICATE OF WORD COUNT**

NOW COMES the Plaintiff, by and through the undersigned counsel, pursuant to Local Rule 7.3(d)(1), and certifies that the Plaintiff's Brief in Support of Motion for Partial Summary Judgment (Doc. No. 41) complies with the limitations on length of briefs as set forth in Local Rule 7.3(d).

RESPECTFULLY SUBMITTED, this the 16th day of May, 2017.

          **JERRY MEEK, PLLC**

By: /Gerald F. Meek/
   GERALD F. MEEK
   N.C. Bar Number 24930
   5950 Fairview Rd., Suite 700
   Charlotte, NC  28105
   Telephone:  704.845.9490
   Fax:  704.837.7056
   jmeek@jerrymeek.com

   Counsel for the Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

        Andrew L. Fitzgerald
        Andy@fitzgeraldlitigation.com

        Eric Spengler
        Eric@spengleraganslaw.com

THIS THE 16th day of May, 2017.

        **JERRY MEEK, PLLC**

    By:    /Gerald F. Meek/
            GERALD F. MEEK
            N.C. Bar Number 24930
            5950 Fairview Rd., Suite 700
            Charlotte, NC 28105
            Telephone: 704.845.9490
            Fax: 704.837.7056
            jmeek@jerrymeek.com

            Counsel for the Plaintiff