IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| PAUL J. CASTRO,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID GOGGINS,<br><br>      Defendant. | Civil Action No. 1:16-cv-10 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW plaintiff Paul J. Castro and defendant David Goggins, by and through undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and hereby stipulate and agree that this action be dismissed with prejudice against defendant David Goggins and plaintiff Paul Castro with regard to all claims and counterclaims set forth herein.

This the 7th day of June, 2017.

| | |
|---|---|
| /s/ Gerald F. Meek | /s/ Andrew L. Fitzgerald |
| Gerald F. Meek | Andrew L. Fitzgerald |
| N.C. State Bar No. 24930 | N.C. State Bar No. 31522 |
| JERRY MEEK PLLC | FITZGERALD LITIGATION |
| 5950 Fairview Road, Suite 700 | 119 Brookstown Avenue, Suite 402 |
| Charlotte, NC 28105 | Winston-Salem, NC 27101 |
| Telephone: 704-845-9490 | Telephone: 336-793-4365 |
| Fax: 704-837-7056 | Fax: 336-793-4696 |
| jmeek@jerrymeek.com | andy@fitzgeraldlitigation.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 7th day June, 2017.

>
> */s/ Andrew L. Fitzgerald*
> Andrew L. Fitzgerald